IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

TAHISHA DUKES,                     *
                                   *
        Plaintiff,                 *
                                   *
        v.                         *            CV 125-307
                                   *
DVA RENAL HEALTHCARE, INC.         *
d/b/a DAVITA INC.,                 *
                                   *
        Defendant.                 *
                                   *

_____

O R D E R

_____

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 7.) This motion was filed prior to Defendant serving an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA